

THE MOORISH NATIONAL REPUBLIC
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America
The True and Dejure Al Moroccans / Americans

In The United States Supreme Court
For Northern District Ohio Republic
801 West Superior Avenue
Cleveland, Ohio 44113

Fareed-Hasan:Bey )
C/o [634 East 124th Street] )
Near: [Cleveland, Ohio 44108] ) CASE # 15 CV 294
    Plaintiff )
)
) JUDGE: JUDGE BOYKO
-vs- ) MAG. JUDGE McHARGH
)
) Complaint: Fraud;
Pamela A. Barker: Official / individual )
1200 Ontario Street ) Constitutional Violations.
Cleveland, Ohio 44113 )
John J. Russo: Official/Individual )
1200 Ontario Street )
Cleveland, Ohio ) Demand jury trial of National Peers.
Amy Clum Holbrook: Official / Individual )
323 West Lakeside Avenue ste. 200 )
Cleveland, Ohio 44113 )
Matthew G. Burg: Official / Individual )
323 West Lakeside Avenue ste. 200 )
Cleveland, Ohio 44113 )
Jennifer M. Dorton: Official / Individual )
323 W. Lakeside Avenue ste. 200 )
Cleveland, Ohio 44113 )
Matthew Young: Official / Individual )
323 Lakeside Avenue ste. 200 )
Cleveland, Ohio 44113 )
Ted M. Traut: Official/Individual )
323 Lakeside Avenue )
Cleveland, Ohio 44113 )
    Defendants )

Status: Moor / American National: Aboriginal / Indigenous of North America.

I Am, Fareed Hasan Bey (Ex Rel;) Kenneth Fareed Hasan, Flesh & Blood of the Organic Land, and not a subject, foreign nor artificial person, nor corporate fiction, nor U.S.Citizen or resident of the State of Ohio, that was created by the legislatures, on paper. Credentials: Truth A-1, Diplomatic Immunity Registration #, AA222141.

Act Aug. 1, 1956, repealed Title 22 Chapter 2 sections 141 to 143 effective upon the date which the President determined to be appropriate for the relinquishment of jurisdiction of the United States in Morocco. Jurisdiction of the United States in Morocco was relinquished by memorandum of President Eisenhower dated Sept. 15, 1956.

## CAUSE OF ACTION
This cause is in reference to case #, CV11 00762773 / GR14 001990

## JURISDICTION / VENUE

Article III Section 1, The Judicial power of the United States, shall be vested in One Supreme Court. Article III Section II Clause I, The judicial power shall extend to all cases, in law and equity.

## FACT / Cause of Action

On August 25, 2011, (I, Fareed-Hasan:Bey, and Carolyn, being a party to this matter with first hand knowledge) a motion for possession of personal property (replevin) was filed by,Amy Clum Holbrook, Matthew G. Burg, Jennifer M. Dorton, Ted M.Traut and Matthew Young, guised as the Private for profit Foreign Law Firm styled as, WELTMAN, WEINBERG & REIS CO.LPA.

2. In the month of August, September, October, November, and December of 2011, affidavit of facts / Writ of Discoveries were forwarded to the parties, which are on file as exhibits, and were never rebutted or refuted, which is a violation of due process, Rules of Discoveries, and deprivation of substantive / procedural due process.

3. On December 2, 2011, the motion for replevin was granted,without a hearing, without a transcript to substantiate a hearing was held on the record to make a determination in favor of the opposing party and deprivation of property without due process of law, was taken, and a writ of process was sent, granting the deprivation of property to the adversaries, without court seal or signature, which is in violation of, 28 USC Sec. 1691, and F.R. of Evid. Rule 902 (1)(a)(b) ''All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof''.

4. On March 17, 2014, a Notice of garnishment was filed without a transcript to substantiate that a hearing was held, and garnishment was executed by John J. Russo.

5. On August 25, 2011, to this present day, F.R. of Evid., Rule 201 (e) opportunity to be heard, has been denied.

Rights protected by the United States Constitution, Violated:

1. Count one: Article1, Section 10, Clause1:

2. Count two: Article III, Section 1, Clause1:

3. Count three: Article III, Section II, Clause1:

4. Count four: Article VI, Section II, Clause 2 - 3:

2

5. Count five: 4th Amendment:

6. Count six: 5th Amendment:

7. Count seven: 6th Amendment:

8. Count eight: 8th Amendment:

9. Count nine: 9th Amendment:

10. Count ten: 10th Amendment:

## INJURIES SUSTAINED

The injuries include, but not limited to the following:

1. Count one: Violation: Article1 Section 10 Clause 1;
No State shall enter into any treaty, alliance, or confederation;

(a) I, Fareed-Hasan:Bey, being a Moorish American National, and not a U.S.Citizen nor Resident of the State of Ohio, which in reality is, Diversity of Citizenship, was not heard in the proper venue.

2. Count two: Violation: Article III Section 1 Clause1;
The Judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish.

(a)The Municipal courts are Not ordained or established by Congress.
(b) Pamela A.Barker/John J.Russo are Not a duly elected judicial officer.
(c) Pamela A.Barker/John J.Russo, proceeded with judgment, Not having judicial authority.

3. Count three: Violation: Article III Section II Clause1;
The Judicial power shall extend to all cases, in Law and Equity, arising under this Constitution, the laws of the United States, and Treaties made, or which shall be made under their authority.

(a) Pamela A.Barker, John J.Russo, Amy Clum Holbrook, Matthew G.Burg, Jennifer M. Dorton, Matthew Young,and Ted M.Traut violated the Treaty of Peace and Friendship of 1787 / 1836 between the United States and the Moors of Morocco / America.
(b) The proceedings/matter were not in the proper venue.

4. Count four: Violation: Article VI, Clause 2,and Clause 3;
This Constitution, and the laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made, under the authority of the United States, shall be the Supreme law of the land; and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary, notwithstanding.
The Senators and Representatives before mentioned, and the members of the several State legislatures, and all executive and judicial officers, both of the United States and of the several States,shall be bound by oath or affirmation, to support this Constitution.

(a) Pamela A.Barker, John J.Russo, Amy Clum Holbrook, Matthew G.Burg, Jennifer M.Dorton, Matthew Young and Ted M.Traut, breached their oath of office,
(b) committed treason,
(c) and conspired against the Constitution,

3

(d) by not having Jurisdiction over Fareed-Hasan:Bey, and Carolyn Hasan.

5. Count five: Violation: Forth Amendment;

(a)Violated the right to be secure in their persons, houses, papers, and effects,
(b)Unreasonable search and seizure were violated,
(c) No complaint was filed by an injured party, (Woman or Man).

6. Count six: Violation: Fifth Amendment;

(a)Denied due process.
(b)Deprived of opportunity to be heard.
(c)Deprived of Property without just compensation.

7. Count seven: Violation: Sixth Amendment;

(a)Not being informed of Nature and Cause of Accusations.
(b)Not confronting the accuser / injured party.

8. Count eight: Violation: Eighth Amendment;

(a) Sustaining cruel punishment, by having private property deprived without due process and just cause.

9. Count nine: Violation: Ninth Amendment;
The enumeration in the Constitution, of certain rights,shall not be construed to deny or disparage others retained by the people.

(a)The property that's protected by the Constitution was taken by foreigner's from another land.

10.Count ten: Violation: Tenth Amendment;
The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the States respectively, or to the people.
Kansas v. Colorado, 206 U.S. 46, 27 Sup. Ct. 655, 51 L.Ed. 956.

(a).Pamela A.Barker, John J.Russo, Amy Clum Holbrook, Matthew G.Burg, Matthew Young, Jennifer M.Dorton, and Ted M.Traut, as public servants, acted without being delegated the authority by the people, (Congress).

I demand that the Judge deciding this matter is a duly elected Judicial Officer, and the Court is one of Competent Jurisdiction!

All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

## RELIEF SOUGHT

As a remedy for Fraud and Constitutional violations,

1. Respondent, Pamela A.Barker, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity, payable in lawful USD's.

2. Respondent, John J.Russo, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official/individual capacity, payable in lawful USD's.

3. Respondent, Amy Clum Holbrook, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful USD's.

4. Respondent, Jennifer .M. Dorton is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful USD's.

5. Respondent, Matthew G. Burg is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful USD's.

6. Respondent, Matthew Young, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official/individual capacity payable in lawful USD's.

7. Respondent, Ted M.Traut, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful USD's.

8. Demand trial by Jury of National Peers.

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted

I Am: _Fareed~Hasani Bey_
In Propria Persona Sui Juris, (not pro se)

WITNESS: _Chris Hasan_   2-13-15
Signature                Date

WITNESS: _Carlip Hasan_   2-13-15
Signature                 Date

5

## CERTIFICATE OF SERVICE

I hereby certify that the complaint was filed in The United States Supreme Court, Northern Ohio District, Clerk of Court, via, hand delivery, at 801 West Superior Avenue, Cleveland Ohio 44113, on February 9th, 2015 by:

I Am: *[signature] Fareed-Wasani Bey*
In Propria Persona Sui Juris, (not pro se)
C/o [634 East 124th Street]
Near: [Cleveland, Ohio 44108]

CC:

United States President
Barrack Obama

United States Attorney General
Eric H. Holder

United States Secretary
John Kerry

United States Supreme Court
Sonia Sotomayor

Ohio Governor
John Kasich

6